# EXHIBIT "G"

U.S. Patent No. 8,479,776
INFRINGEMENT CLAIM CHART – TRISTAR PRODUCTS, INC. "FLEX~ABLE HOSE"

| U.S. Patent No. 8,479,776 | "Flex~Able Hose" Expandable and Contractible Garden Hose | |
|---|---|---|
| **Limitations of Claim 1** | **Limitations of Asserted Claim Found in Accused Instrumentality** | |
| A garden hose comprising:<br>a flexible elongated outer tube member constructed from a soft non-elastic based material having a first end and a second end, an interior of said outer tube member being substantially hollow;<br>a flexible elongated inner tube member constructed from an elastic based material having a first end and a second end, an interior of said inner tube member being substantially hollow; | The Flex~Able Hose is a garden hose constructed of a hollow outer tube (A) and a hollow inner tube (B).<br><br>The outer tube is constructed of a soft, non-elastic based material. The inner tube, which is located within the outer tube, is constructed of an elastic based material. The outer tube and inner tube are each substantially hollow, and each has a first end and a second end (A1 & A2, B1 & B2). | |

1

U.S. Patent No. 8,479,776
INFRINGEMENT CLAIM CHART – TRISTAR PRODUCTS, INC. "FLEX~ABLE HOSE"

| | | |
|---|---|---|
| an inlet coupler secured to said first end of said inner and said outer tube members, said inlet coupler defined by a female threaded coupling section rotatably attached to a first threaded annular collar having an inlet flow thru aperture with an inlet tubular extension section extending therefrom and insertable into a first open end of said inner tube member, | The Flex~Able Hose features an inlet coupler (C) secured to the first end of the inner and outer tube members.<br><br>The inlet coupler (C) includes a female threaded coupling section (C1) rotatably attached to a first threaded annular collar (C2). This annular collar features an inlet flow-through aperture (C3) through which water passes. An inlet tubular extension section (C4) extends from this annular collar and inserts into the inner tube's first end (B1).<br><br>The inlet flow-through aperture (C3) is identified with a dotted line to depict its location within the first threaded annular collar (C2). | <br><br> |

U.S. Patent No. 8,479,776
INFRINGEMENT CLAIM CHART – TRISTAR PRODUCTS, INC. "FLEX~ABLE HOSE"

| | | |
|---|---|---|
| said inlet coupler having a first ferrule member having an inner wall adapted for placement over said first open end of said inner tube member, said first ferrule member insertable into a first open end of said outer tube member,<br><br>and a first collar member having a threaded inner surface for releasable securement to said first threaded annular collar sealing said first open end of said inner tube member and securing said outer tube member to said inlet tubular extension section allowing water to flow through said inlet coupler into said inner tube member; | The inlet coupler (C) also includes a first ferrule member (C5). The ferrule's inner wall is adapted for placement over the inner tube member (B). The ferrule is insertable into the outer tube member's first end (A1). When the inlet coupler (C) is assembled, as shown above, the ferrule is positioned over the inlet tubular extension section (C4) and the inner tube's first end (B1) and abuts the first annular collar (C2).<br><br>The inlet coupler (C) also includes a first collar member (C6) having a threaded inner surface which secures to the first annular collar (C2), sealing the inner tube's first end (B1) and securing the outer tube (A) to the inlet tubular extension section (C4). This sealing and securement allows water to flow through the inlet coupler (C) into the inner tube member (B) when the Flex~Able Hose is in use. |  |

U.S. Patent No. 8,479,776
**INFRINGEMENT CLAIM CHART – TRISTAR PRODUCTS, INC. "FLEX~ABLE HOSE"**

| | | |
|---|---|---|
| an outlet coupler secured to said second end of said inner and said outer tube members, said outlet coupler having an outlet flow thru aperture with an outlet tubular extension section extending therefrom and insertable into a second open end of said inner tube member, said outlet tubular extension section formed integral to a second threaded annular collar and a male threaded coupling section, | The Flex~Able Hose features an outlet coupler (D) secured to the second end of the inner and outer tube members.<br><br>The outlet coupler includes an outlet flow-through aperture (D3) through which water passes. An outlet tubular extension section (D4) extends and inserts into the inner tube's second end (B2). The outlet tubular extension (D4) is integrally formed to a second threaded annular collar (D2) and a male threaded coupling section (D1).<br><br>The outlet flow-through aperture (D3) is identified with a dotted line to depict its location within the second threaded annular collar (D2). | <br><br> |

| | | |
|---|---|---|
| a second ferrule member having an inner wall adapted for placement over said second open end of said inner tube member, said second ferrule member insertable into a second open end of said outer tube member,<br><br>and a second collar member having a threaded inner surface for releasable securement to said second threaded annular collar sealing said second open end of said inner tube member and securing said outer tube member to said outlet tubular extension section allowing water to exit said inner tube member and flow through said outlet coupler; | The outlet coupler (D) also includes a second ferrule member (D5). The ferrule's inner wall is adapted for placement over the inner tube member (B). The ferrule is insertable into the outer tube member's first end (A2). When the outlet coupler (D) is assembled, as shown above, the ferrule is positioned over the outlet tubular extension section (D4) and the inner tube's second end (B2) and abuts the second annular collar (D2).<br><br>The outlet coupler (D) also includes a second collar member (D6) having a threaded inner surface which secures to the second annular collar (D2), sealing the inner tube's second end (B2) and securing the outer tube (A) to the outlet tubular extension section (D4). This sealing and securement allows water to exit the inner tube member (B) and flow through the outlet coupler (D) when the Flex~Able Hose is in use. |  |

U.S. Patent No. 8,479,776
INFRINGEMENT CLAIM CHART – TRISTAR PRODUCTS, INC. "FLEX~ABLE HOSE"

| | | |
|---|---|---|
| a water flow restrictor coupled to said male outlet coupling section for restricting the flow of water passing through said inner tube member; | All iterations of the Flex~Able Hose are advertised and sold as including a water flow restrictor in the form of a nozzle (E), which restricts the flow of water passing through the inner tube. The nozzle (E) attaches to the outlet coupler (D).<br><br>A first iteration of the Flex~Able Hose includes only the nozzle (E) as a flow restrictor.<br><br>A second iteration of the Flex~Able Hose includes a rotatably securable on/off ball valve (E1) which restricts the flow of water passing through the inner tube. The nozzle (E) constitutes an additional flow restrictor.<br><br>*{Continued on Next Page}* | <br><br> |

6

U.S. Patent No. 8,479,776
INFRINGEMENT CLAIM CHART – TRISTAR PRODUCTS, INC. "FLEX~ABLE HOSE"

| a water flow restrictor coupled to said male outlet coupling section for restricting the flow of water passing through said inner tube member; | A third iteration of the Flex~Able Hose includes a fastened on/off ball valve (E2) which restricts the flow of water passing through the inner tube. The nozzle (E) constitutes an additional flow restrictor. The point where the valve is coupled to the outlet coupling section (D), by what appears to be glue in the example shown, is identified as (D-E2). <br><br> A fourth iteration of the Flex~Able Hose is included with the EZ~Jet pressure washer also sold by Tristar. The pressure washer attachment (E3) restricts the flow of water passing through the inner tube. When coupled with an on/off ball valve (E2) as depicted in the accompanying image from Tristar's EZ~Jet website www.tryezjet.com, the pressure washer attachment acts as an additional flow restrictor. |   |

7

| | | |
|---|---|---|
| whereby said water flow restrictor creates an increase in water pressure between said inlet coupler and said outlet coupler upon the introduction of pressurized water through said inlet coupler to expand said inner tube member longitudinally along a length of said inner tube member and laterally across a width of said inner tube member thereby substantially increasing a length of said inner tube member to an expanded condition within said outer tube member, wherein said elastic based material of said inner tube contracts to a substantially decreased or relaxed length when there is a decrease in water pressure between said inlet coupler and said outlet coupler causing said outer tube member to be gathered into a contracted state. | When pressurized water is introduced and passes through the Flex~Able Hose inlet coupler (C), the water flow restrictor (E) creates an increase in water pressure between the inlet coupler (C) and the outlet coupler (D), expanding the inner tube member's length and width within the confines of the outer tube member.<br><br>The inner tube member contracts substantially when the water is turned off and the water pressure decreases between the inlet coupler (C) and the outlet coupler (D). The outer tube gathers into a contracted state. |  |

U.S. Patent No. 8,479,776
*INFRINGEMENT CLAIM CHART – TRISTAR PRODUCTS, INC. "FLEX~ABLE HOSE"*

| U.S. Patent No. 8,479,776 | "Flex~Able Hose" Expandable and Contractible Garden Hose | |
|---|---|---|
| **Limitations of Claim 2** | **Limitations of Asserted Claim Found in Accused Instrumentality** | |
| The garden hose of Claim 1 wherein said outer tube member is made from a material selected from the group consisting of nylon, polyester, or polypropylene. | The Flex~Able Hose outer tube is constructed of the material set forth in this claim. | (image of green hose with connector) |

| U.S. Patent No. 8,479,776 | "Flex~Able Hose" Expandable and Contractible Garden Hose | |
|---|---|---|
| **Limitations of Claim 3** | **Limitations of Asserted Claim Found in Accused Instrumentality** | |
| The garden hose of Claim 1 wherein said inner tube member is made from an elastic material with an elongation ratio which can expand up to six times its contracted or unexpanded length. | The Flex~Able Hose expands greater than two times its unexpanded length. | Flex~Able / ESPAÑOL / **Frequently Asked Questions** / What is the contracted length of the Flex-Able Hose? / 25′ Hose – Contracted length is approx. 9′ / 50′ Hose – Contracted length is approx. 18.5′ / 75′ Hose – Contracted length is approx 28′ |

U.S. Patent No. 8,479,776
INFRINGEMENT CLAIM CHART – TRISTAR PRODUCTS, INC. "FLEX~ABLE HOSE"

| U.S. Patent No. 8,479,776 | "Flex~Able Hose" Expandable and Contractible Garden Hose | |
|---|---|---|
| **Limitations of Claim 4** | **Limitations of Asserted Claim Found in Accused Instrumentality** | |
| The garden hose of claim 1 wherein said inner tube member and said outer tube member are made from materials which will not kink or become entangled upon itself when said inner and said outer tubes members are in their expanded condition. | The Flex~Able Hose "[n]ever kinks or tangles!" | |

| U.S. Patent No. 8,479,776 | "Flex~Able Hose" Expandable and Contractible Garden Hose | |
|---|---|---|
| **Limitations of Claim 5** | **Limitations of Asserted Claim Found in Accused Instrumentality** | |
| The garden hose of claim 1 wherein said water flow restrictor is an on/off valve. | Two iterations of the Flex~Able Hose are advertised and sold with an on/off ball valve. | |

10

U.S. Patent No. 8,479,776
INFRINGEMENT CLAIM CHART – TRISTAR PRODUCTS, INC. "FLEX~ABLE HOSE"

| U.S. Patent No. 8,479,776 | "Flex~Able Hose" Expandable and Contractible Garden Hose | |
|---|---|---|
| Limitations of Claim 6 | Limitations of Asserted Claim Found in Accused Instrumentality | |
| The garden hose of claim 1 wherein said water flow restrictor is a spray nozzle capable of restricting the flow of water. | All iterations of the Flex~Able Hose are advertised and sold for use with a removable hose nozzle. For the EZ-Jet pressure washer, the pressure washer attachment itself is a flow restrictor. | |

| U.S. Patent No. 8,479,776 | "Flex~Able Hose" Expandable and Contractible Garden Hose | |
|---|---|---|
| Limitations of Claim 7 | Limitations of Asserted Claim Found in Accused Instrumentality | |
| The garden hose of Claim 1 wherein said inlet coupling section is a conventional female garden hose thread connector available for coupling to a household spigot having pressurized water. | The Flex~Able Hose inlet coupling section (C1) is a conventional female threaded hose connector, which connects to a spigot. | |

11

U.S. Patent No. 8,479,776
INFRINGEMENT CLAIM CHART – TRISTAR PRODUCTS, INC. "FLEX~ABLE HOSE"

| U.S. Patent No. 8,479,776 | "Flex~Able Hose" Expandable and Contractible Garden Hose | |
|---|---|---|
| **Limitations of Claim 8** | **Limitations of Asserted Claim Found in Accused Instrumentality** | |
| The garden hose of Claim 1 wherein said outlet coupling section is a conventional male threaded garden hose connector available for attachment to a conventional spray nozzle. | The Flex~Able Hose outlet coupling section (D1) is a conventional male threaded hose connector, which connects to a spray nozzle. | |

| U.S. Patent No. 8,479,776 | "Flex~Able Hose" Expandable and Contractible Garden Hose | |
|---|---|---|
| **Limitations of Claim 9** | **Limitations of Asserted Claim Found in Accused Instrumentality** | |
| The garden hose of Claim 1 wherein each said ferrule is further defined as a collet having a cylindrical inner surface and a conical outer surface with at least one cut along a length allowing said collet to operate as a compression member. | The Flex~Able Hose ferrules (C5, D5) are each a plastic collet having a cylindrical inner surface and conical outer surface with multiple cuts along its length, which allow the collet to apply compression to the inner tube. | |